# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:        October 1, 2015

Case Number:   03-15-00602-CV
Trial Court No.:   C-1-CR-13-217089

Style:        In re Rodney Kidd



---

The enclosed opinion was sent this date to the following persons:

The Honorable Dana DeBeauvoir
Criminal County Clerk
Travis County Courthouse
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

The Honorable Carlos Humberto Barrera
Judge, County Court at Law No. 8
P. O. Box 1748
Austin, TX 78767

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Mr. Rodney Kidd
ID # 1531033
TCCCC
3614 Bill Price Road
Del Valle, TX 78617

The Honorable David A. Escamilla
County Attorney
Travis County
P. O. Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00602-CV

**In re Rodney Kidd**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### MEMORANDUM OPINION

The petition for writ of mandamus and prohibition is denied. *See* Tex. R. App.
P. 52.8(a).

_____
Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: October 1, 2015



# COURT OF APPEALS

THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682 OCT 01 2015
$ 000.41⁶

RECEIVED
OCT 1 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RTS

RETURN TO SENDER
[ ] NEED BOOKING #
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE NO #/DOB
[ ] NEED INMATE WRITING
[ ] NOT ACCEPTED-FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

MR. RODNEY KIDD
ID # 1531033
TCCCC
3614 E
DEL V.

BC: 78711254747



42 GVE-H3B 78711@2547
78@617

26893-111179-09-17